UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-0017 AG (ANx)** | Date | January 14, 2010 |
|---|---|---|---|
| Title | PIAZZA, et al. v. ARPIN VAN LINES, INC., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings:**   [IN CHAMBERS] ORDER TO SHOW CAUSE RE REMAND TO STATE COURT

On January 6, 2010, this action was removed to this Court under 28 U.S.C. § 1441(b). In their removal papers, Defendants Arpin Van Lines, Inc. and Western Relocations, Inc. (collectively "Defendants") assert that "[t]his Court has original jurisdiction of this action because it involves a civil action arising under the laws of the United States, namely 49 U.S.C. § 14706 ('Carmack Amendment')." (Notice of Removal ¶ 4.) But the Complaint of Plaintiffs Joseph and Fran Piazza asserts California causes of action for breach of contract and general negligence, and does not mention the Carmack Amendment. (Notice of Removal, Exhibit A, Complaint, ¶ 8.)

Accordingly, the Court orders Defendants to show cause in writing by January 22, 2010, why this action should not be remanded. Plaintiffs may submit a response by February 1, 2010. The Court sets the matter for oral argument on Feb 8, 2010, at 10:00 a.m.

_____ : 0

Initials of Preparer      lmb